UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANTWAIN T. JACKSON     CIVIL ACTION

VERSUS

SAINT HELENA PARISH POLICE
JURY, ET AL.     NO. 22-00834-BAJ-SDJ

## PARTIAL JUDGMENT

Considering the **Joint Motion And Order Of Dismissal (Doc. 59)**, which the Court construes as a stipulation of dismissal that dismisses Plaintiff's claims against Defendants State Farm Fire and Casualty Company and Albert Franklin, *only*, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims against Defendants State Farm Fire and Casualty Company and Albert Franklin be and are hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

Plaintiff's additional claims remain pending.

Baton Rouge, Louisiana, this 30th day of September, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA