UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANTWAIN T. JACKSON                                    CIVIL ACTION

VERSUS

SAINT HELENA PARISH POLICE
JURY, ET AL.                                          NO. 22-00834-BAJ-SDJ

## JUDGMENT

This matter having come before the Court for a jury trial on January 27 and 28, 2026, Plaintiff's claim for failure to accommodate a disability under the Americans with Disabilities Act having been dismissed pursuant to the Court's granting of Defendant's Rule 50(b) Motion for Judgment as a Matter of Law, reasons for which were provided orally to the parties, and the jury having rendered its verdict that Defendant Saint Helena Parish Police Jury retaliated against Plaintiff Antwain Jackson for filing a complaint with the Equal Employment Opportunity Commission and awarding Plaintiff $50,000 in damages,

**IT IS ORDERED**, **ADJUDGED, AND DECREED** that judgment be and is hereby **ENTERED** in favor of Plaintiff Antwain Jackson and against Defendant Saint Helena Parish Police Jury.

**IT IS FURTHER ORDERED**, **ADJUDGED, AND DECREED** that a total damages award in the amount of **$50,000** be and is hereby **ENTERED** in favor of Plaintiff Antwain Jackson and against Defendant Saint Helena Parish Police Jury.

Baton Rouge, Louisiana, this 30th day of March, 2026

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

2